

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**United States District Court**
**Central District of California**
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

October 3, 2024

Superior Court for the State of California, Los Angeles
300 East Walnut Street
Pasadena, CA 91101

Re:  Case Number:  _____2:24–cv–08397–FMO–AJR_____
     Previously Superior Court Case No. _____24PDUD02150_____
     Case Name: _____GGIF Glendale, LLC v. Arredondo_____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____10/3/24_____, the above–referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By:  _/s/ Rebeca D Olmos_
     Deputy Clerk
     rebeca_olmos@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

_____

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____           By: _____
Date                                   Deputy Clerk

G–17 (06/24)    LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT